# EXHIBIT 1

C L O S E   W I N D O W

# GO DADDY
# DOMAIN NAME REGISTRATION AGREEMENT

This Go Daddy Software, Inc. Domain Name Registration Agreement ("Agreement") is by and between Go Daddy Software, Inc. (" Go Daddy ") an Arizona Corporation and You, Your heirs, agents, successors and assigns ("You"), and is made effective as of the date of electronic execution. This Agreement sets forth the terms and conditions of Your use of Go Daddy 's Domain Name Registration and represents the entire agreement between You and Go Daddy . By participating in this transaction, You acknowledge that You have read, understand and agree to be bound by all the terms and conditions of this Agreement, including our dispute policy and the ICANN Transfer Dispute Resolution Policy along with any new, different or additional terms, conditions or policies, including the Universal Terms of Service which Go Daddy may establish from time to time. You may view the latest version of this Agreement online.

In addition to transactions entered into by You on Your behalf, You also agree to be bound by the terms of this agreement for transactions entered into on Your behalf by anyone acting as Your Agent, and transactions entered into by anyone who uses the account You've established with Go Daddy , whether or not the transactions were in Your behalf. You acknowledge that Go Daddy 's acceptance of any application made by You for services provided by Go Daddy will take place at Go Daddy 's offices located in Scottsdale, Arizona, USA.

You acknowledge that Go Daddy is a registrar bound by an agreement between Go Daddy and the Internet Corporation for Assigned Names and Numbers ("ICANN"). You agree that Go Daddy may modify this agreement in order to comply with applicable law and the terms and conditions set forth by the Internet ICANN and/or the Registry Administrator chosen by ICANN, as well as any registration rules or policies that may be published from time to time by Go Daddy .

## 1. FEES

In consideration for the services and products ("service") purchased by You and provided to You by Go Daddy , You agree to pay Go Daddy at the time service is provided. Payment is to be made by You by providing either a valid credit card, an online check, or using " Good As Gold " to establish a cash reserve for charge by Go Daddy (collectively, the "Payment Method"). Personal checks and money orders may only be used only to fund "Good As Gold" (GAG) accounts, must be for payments of $100 or more, and issued in U.S. dollars for the full amount required at that time. Personal checks under $1,000 are subject to the same processing fees as wire transfers. All personal checks will be delayed fourteen (14) days until the money is credited, which may delay Your usage of the product or service, and any check that bounces will result in a $25 bounced check fee. If You purchase an automatically renewing service or product by personal check, it is Your responsibility to make payment arrangements for each renewal payment. You understand that ICANN requires Go Daddy to collect a small registration fee when you purchase your domain name registration. You agree to pay such fees. Payments are non-refundable. If for any reason Go Daddy is unable to charge Your Payment Method for the full amount owed Go Daddy for the service provided, or if Go Daddy is charged a penalty for any fee it previously charged to your Payment Method, You agree that Go Daddy may pursue all available remedies in order to obtain payment. You agree that among the remedies Go Daddy may pursue in order to effect payment, shall include but will not be limited to, immediate cancellation without notice to You of any domain names registered or renewed on Your behalf. Go Daddy reserves the right to charge a reasonable service fee for administrative tasks outside the scope of its regular services. These include, but are not limited to, customer service issues that cannot be handled over

email but require personal service, and disputes that require legal services. These charges will be billed to the Payment Method we have on file for You. You may change your Payment Method at any time by logging into Your Account Manager.

**Domain Name Renewals**

When You register a domain name, You have the option to elect that the domain name be automatically renewed upon reaching the expiration date. If You elect the automatic renewal option, Go Daddy will automatically renew, for a period equivalent to the length of your original registration, any domain name that is up for renewal and will take payment from the Payment Method You have on file with Go Daddy , at Go Daddy 's then current rates. Thus, if you have chosen to register your domain name for one year, Go Daddy will automatically renew it for one year. If you have chosen to register your domain name for two years, Go Daddy will automatically renew it for two years, and so on. Domain name renewals will be non refundable. If for any reason Go Daddy is not able to take the payment from the Payment Method You have on file, and You fail to respond to our notices, Your domain name registration will expire. It is Your responsibility to keep Your Payment Method information current, which includes the expiration date if you are using a credit card. If You do not elect that the domain name be automatically renewed, You have the responsibility of logging into Your account manager for that domain name and manually implementing the renewal by the expiration date (should You in fact want the domain name to be renewed). In this case, if You fail to manually implement the renewal in a timely fashion the domain name will be cancelled and You will no longer have use of that name. You agree that Go Daddy will not be responsible for cancelled domain names that You fail to renew, either automatically or manually. In any case, if You fail to renew Your domain name in a timely fashion, additional charges may apply. If You signed up for domain masking, domain forwarding, or any other similar service, with Your domain registration, these services may be automatically renewed when Your domain registration is up for renewal, and You may incur an additional renewal fee unless You cancel in advance.

If you fail to renew your domain name, you agree that Go Daddy may, at its sole discretion, renew your expired domain name on your behalf. If Go Daddy decides to renew your expired domain name on your behalf you will have a Renewal Grace Period during which you may reimburse Go Daddy for the renewal and keep your domain name. The Renewal Grace Period is currently 12 days but subject to change under the terms of Section 2 of this Agreement.

If you do not reimburse Go Daddy for the renewal during the Renewal Grace Period your domain name will be placed on Hold and flagged for deletion after which you will have a 30 day Redemption Grace Period during which you may pay Go Daddy a Redemption fee and redeem your domain name. The Redemption fee is currently $80 USD and is subject to change under the terms of Section 2 of this agreement.

If you do not redeem your domain name prior to the end of the Redemption Grace Period Go Daddy may, at its sole discretion, delete your domain name or transfer it to another registrant on your behalf.

## 2. TERM OF AGREEMENT; MODIFICATIONS

The term of this agreement shall continue in full force and effect as long as You have any domain name registered through Go Daddy . You agree that You will not transfer any domain name registered through Go Daddy to another domain name registrar during the first sixty (60) days from its initial registration date.You further agree that Go Daddy may charge You a small fee if You cancel Your domain within the five (5) day grace period after registering Your domain with Go Daddy and Go Daddy refunds the price of Your domain. Go Daddy will not charge You a fee if Go Daddy cancels Your domain name during this period because of fraud.

You agree that Go Daddy may modify this agreement from time to time. Go Daddy may also discontinue services it provides under this agreement. You agree to be bound by any changes Go Daddy may reasonably make to this agreement when such changes become effective. Should You elect to cancel Your agreement with Go Daddy You will not receive a refund for any fees You may have paid to Go Daddy .

You agree that Go Daddy shall not be bound by any representations made by third parties who You may use to purchase services from Go Daddy , and that any statements of a general nature, which may be posted on Go Daddy 's web site or be contained in Go Daddy 's promotional materials, will not bind Go Daddy .

## 3. UP TO DATE INFORMATION; USE OF INFORMATION AND EXPIRATION

You agree to notify Go Daddy within five (5) business days when any of the information You provided as part of the application and/or registration process changes. It is Your responsibility to keep this information in a current and accurate status. Failure by You, for whatever reason, to provide Go Daddy with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this agreement. Failure by You, for whatever reason, to respond within five (5) business days to any inquiries made by Go Daddy to determine the validity of information provided by You, shall also be considered to be a material breach of this agreement. You agree to retain a copy for Your record of the receipt for purchase of Your domain name.

You agree that for each domain name registered by You, the following contact data is required: postal address, email address, telephone number, and if available, a facsimile number for the registered name holder and, if different from the registered name holder, the same contact information for, a technical contact, an administrative contact and a billing contact

You acknowledge and agree that domain name registration requires that this contact information, in whole or in part, be shared with the registry operator. As required by ICANN, this information must also be made publicly available by means of Whois, and that the registry operator may also be required to make this information publicly available by Whois. Both Go Daddy and the registry operator may be required to archive this information with a third party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, You represent and warrant that, if You are providing information about a third party, You have notified the third party of the disclosure and the purpose for the disclosure and You have obtained the third party's consent to such disclosure.

You agree that for each domain name registered by You the following information will be made publicly available in the Whois directory as determined by ICANN Policy and may be sold in bulk as set forth in the ICANN agreement:

- The domain name
- Your name and postal address
- The email address, postal address, voice and fax numbers for technical and administrative contacts
- The Internet protocol numbers for the primary and secondary name servers
- The corresponding names of the name servers
- The original date of registration and expiration date

You agree that, to the extent permitted by ICANN, Go Daddy may make use of the publicly available information You provided during the registration process. If You engage in the

reselling of domain names You agree to provide any individuals whose personal information You've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

## 4. DISPUTE RESOLUTION POLICY

You agree to be bound by our current Dispute Resolution Policy. This policy is incorporated herein and made a part of this agreement. You can view the Uniform Domain Name Dispute Resolution Policy online. You agree that Go Daddy may from time to time modify its Dispute Resolution Policy. Go Daddy will post any changes to its Dispute Resolution Policy at least 30 days before they become effective. You agree that by maintaining Your domain name registrations with Go Daddy after the updated policy becomes effective that You agree to the Dispute Resolution policy as amended. You agree to review Go Daddy's web site periodically to determine if changes have been made to the Dispute Resolution Policy. If You cancel Your agreement with Go Daddy as a result of the modified Dispute Resolution policy no fees will be refunded to You.

You agree that if a dispute arises as a result of one or more domain names You have registered using Go Daddy, You will indemnify, defend and hold Go Daddy harmless as provided for in this agreement. You also agree that if Go Daddy is notified that a complaint has been filed with a governmental, administrative or judicial body, regarding a domain name registered by You using Go Daddy, that Go Daddy, in its sole discretion, may take whatever action Go Daddy deems necessary regarding further modification, assignment of and/or control of the domain name deemed necessary to comply with the actions or requirements of the governmental, administrative or judicial body until such time as the dispute is settled. In this event You agree to hold Go Daddy harmless for any action taken by Go Daddy.

## 5. TRANSFER OF DOMAIN NAMES; RESALE PRACTICES

If You transfer any domain name You agree to provide the information required by, and to abide by, the procedures and conditions set forth in our Domain Transfer Agreement . You may view the latest version of our Domain Transfer Agreement online. In order to further protect Your domain, any domain registered with Go Daddy or tranferred to Go Daddy shall be placed on lock status. The domain must be placed on unlock status in order to modify any of the Whois information including the name servers, or initiate a transfer of the domain name away from Go Daddy to a new Registrar. You may log into Your account with Go Daddy at any time after Your domain name has been successfully transfered to Go Daddy , and change the status to unlock.

You agree to inform any customer of Yours, who may be acquiring a domain name through You using Go Daddy 's registration services, that they are in fact registering their domain name through Go Daddy and that Go Daddy is an accredited registrar with ICANN. You agree not to represent that You are an ICANN accredited registrar or that You are in any way providing superior access to the ICANN Domain Name Registry. You also agree not to use the ICANN trademark logo in any of Your promotional materials including Your web site.

You agree to obtain each of Your customers' acceptances of Go Daddy 's then current Domain Registration Agreement, and to retain evidence of their acceptance for a period of not less than three (3) years. Should You require that Your customers accept additional terms and conditions that are not required by Go Daddy , You agree that such additional terms and conditions shall not conflict with Go Daddy 's Domain Registration Agreement and the policies and business procedures adopted by ICANN.

You agree that Go Daddy is not lending You access to its registrar connections or its registry access, nor will You be deemed to be a registrar in Your own right. Furthermore, You agree

You will not attempt to gain access to Go Daddy 's registrar connections or registry access. You agree to provide complete, accurate and current data for each registrant to be added to a registry in accordance with ICANN requirements for inclusion in the Whois database.

You agree to provide Your customers with adequate customer support, and to maintain contact with them with regard to providing a medium for them to communicate changes in the information they provided as part of the domain name registration process. Upon receiving corrected or updated information You will, within 5 business days, provide such information to Go Daddy so Go Daddy may update its registration records. You will retain copies of all communications between You and Your customers and will upon request provide Go Daddy copies of same.

## 6. SUSPENSION OF SERVICES; BREACH OF AGREEMENT

You agree that, in addition to other events set forth in this agreement, (i) Your ability to use any of the services provided by Go Daddy is subject to cancellation or suspension in the event there is an unresolved breach of this agreement and/or suspension or cancellation is required by any policy now in effect or adopted later by ICANN, and (ii) Your registration of any domain names shall be subject to suspension, cancellation or transfer pursuant to any ICANN adopted specification or policy, or pursuant to any Go Daddy procedure not inconsistent with an ICANN adopted specification or policy, (1) to correct mistakes by Go Daddy or the registry operator in registering any domain name or (2) for the resolution of disputes concerning any domain name.

You agree that Your failure to comply completely with the terms and conditions of this agreement and any Go Daddy rule or policy may be considered by Go Daddy to be a material breach of this agreement and that Go Daddy may provide You with notice of such breach either in writing or electronically (i.e. email). In the event You do not provide Go Daddy with material evidence that You have not breached Your obligations to Go Daddy within ten (10) business days, Go Daddy may terminate its relationship with You and take any remedial action available to Go Daddy under the applicable laws. Such remedial action may be implemented without notice to You and may include, but is not limited to, canceling the registration of any of Your domain names and discontinuing any services provided by Go Daddy to You. No fees will be refunded to You should Your agreement be cancelled or services be discontinued because of a breach.

Go Daddy 's failure to act upon or notify You of any event, which may constitute a breach, shall not relieve You from or excuse You of the fact that You have committed a breach.

## 7. RESTRICTION OF SERVICES; RIGHT OF REFUSAL

You agree not to use the services provided by Go Daddy, or to allow or enable others, to use the services provided by Go Daddy for the purposes of:

- The transmission of unsolicited email (Spam).
- Repetitive, high volume inquires into any of the services provided by Go Daddy (i.e. domain name availability, etc.).

If You are hosting Your domain's domain name servers ("DNS") on Go Daddy's servers, or are using our systems to forward a domain, URL, or otherwise to a system or site hosted elsewhere, or if You have your domain name registered with Go Daddy, You are responsible for ensuring that there is no excessive overloading on Go Daddy's DNS systems. You may not use Go Daddy's servers and Your domain as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You

## 9. INDEMNITY

You agree to release, defend, indemnify and hold harmless Go Daddy and its contractors, agents, employees, offices, directors, shareholders and affiliates from and against any losses, damages or costs, including reasonable attorney's fees, resulting from any claim, action, proceeding suit or demand arising out of or related to Your (including Your agents, affiliates or anyone using Your account with Go Daddy whether or not on Your behalf, and whether or not with Your permission) use of the services provided by Go Daddy. Should Go Daddy be notified of a pending law suit, or receive notice of the filing of a law suit, Go Daddy may seek a written confirmation from You concerning Your obligation to indemnify Go Daddy. Your failure to provide such a confirmation may be considered a breach of this agreement.

## 10. REPRESENTATION AND WARRANTIES

You warrant that all information provided by You as part of the registration process is complete and accurate. You also warrant that each registration You make is being done so in good faith and that You have no knowledge of it infringing upon or conflicting with the legal rights of a third party or a third party's registration, trademark or trade name. You also warrant that the domain name being registered will not be used in connection with any illegal activity.

You agree that Go Daddy makes no representations or warranties or any kind in connection with this agreement and specifically makes no guaranty to You against the possibility of objection to, or challenge of, the registration or use of any domain name You register with Go Daddy.

Go Daddy expressly reserves the right to deny, cancel or transfer any registration that it deems necessary, in its discretion, to protect the integrity and stability of the registry, to comply with any applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process, or to avoid any liability, civil or criminal, on the part of Go Daddy, as well as its affiliates, subsidiaries, officers, directors and employees. Go Daddy also reserves the right to freeze a domain name during resolution of a dispute.

## 11. DISCLAIMER OF WARRANTIES

Go Daddy expressly disclaims all warranties of any kind, whether express or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose and non-infringement. Go Daddy makes no warranty that its service(s) will meet your requirements, or that the service(s) will be uninterrupted, timely, secure, or error free, or that defects will be corrected. Go Daddy does not warrant, nor make any representations regarding the use, or results of, any of the services it provides, in terms of their correctness, accuracy, reliability, or otherwise.

## 12. SEVERABILITY; ENTIRETY

You agree that the terms of this Agreement are severable. If any part of this Agreement is determined to be unenforceable or invalid, that part of the agreement will be interpreted in accordance with applicable law as closely as possible, in line with the original intention of both parties to the Agreement. The remaining terms and conditions of the Agreement will remain in full force and effect.

You agree that this agreement including the policies it refers to (i.e. our Dispute Resolution Policy, etc.) constitute the complete and only agreement between You and Go Daddy regarding the services contemplated herein.

## 13. VENUE; WAIVER OF TRIAL BY JURY

This agreement shall be deemed entered into in the state of Arizona. Except for all disputes concerning the use of a domain name registered with Go Daddy , the laws and judicial decisions of Maricopa county, Arizona, shall be used to determine the validity, construction, interpretation and legal effect of this agreement. For the adjudication of disputes concerning or arising from the use of a domain name registered with Go Daddy , You shall submit, without prejudice to other potential applicable jurisdictions, to the jurisdiction of the courts (1) of Your domicile and (2) where Go Daddy is located. You agree that any action relating to or arising out of this agreement, shall be brought in the courts of Maricopa county, Arizona.

You agree to waive the right to trial by jury in any proceeding that takes pace relating to or arising out of this agreement.

## 14. NOTICES

You agree that all notices (except for notices concerning breach of this agreement) from Go Daddy Software, Inc. to You may be posted on our web site and will be deemed delivered within thirty (30) days after posting. Notices concerning breach will be sent either to the email address You have on file with Go Daddy Software, Inc. or mailed first class postage to the postal address You have on file with Go Daddy Software, Inc.. In both cases, delivery shall be deemed to have been made five (5) days after the date sent. Notices from You to Go Daddy Software, Inc. shall be made either by email, sent to the address we provide on our web site, or first class mail to our address at:
Domain Services C/O Go Daddy Software, Inc., 14455 North Hayden Rd., Suite 219, Scottsdale, AZ 85260 Delivery shall be deemed to have been made by You to Go Daddy Software, Inc. five (5) days after the date sent.

## 15. PROVISIONS SPECIFIC TO ALL REGISTRATIONS

You agree to be bound by the rules, policies, and agreements of each Registry from which You purchase a domain registration, which may include, but are not limited to, Top Level Domain Registries and Second Level Domain Registries.

## 16. PROVISIONS SPECIFIC TO .COM, .NET, AND .CC REGISTRATIONS
**Indemnification**

You agree to indemnify, defend and hold harmless the .COM, .NET, and .CC Registry Operator, VeriSign, Inc., and its directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Name holder's domain name registration.

## 17. PROVISIONS SPECIFIC TO .ORG REGISTRANTS
**Indemnification**

You agree to indemnify, defend and hold harmless the .ORG Registry Operator, Public Interest Registry, and its subcontractors, shareholders, directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Name holder's domain name registration. This indemnification requirement shall survive the termination or expiration of the registration agreement.

## 18. PROVISIONS SPECIFIC TO .INFO REGISTRANTS

**Indemnification**

You agree to indemnify, defend and hold harmless the .INFO Registry Operator, Afilias Limited, and its subcontractors, shareholders, directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Name holder's domain name registration. This indemnification requirement shall survive the termination or expiration of the registration agreement.

## 19. PROVISIONS SPECIFIC TO .WS (WEBSITE) REGISTRATIONS
**Indemnification**

You agree to indemnify, defend and hold harmless the .WS Registry Operator, Global Domains International, Inc., and its directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Name holder's domain name registration.

You agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration policies for this ccTLD are available online and are incorporated herein.

## 20. ADDITIONAL REQUIREMENTS FOR .INFO REGISTRANTS
If You are registering a .INFO domain name You also agree to:

    i.   consent to the use, copying, distribution, publication, modification and other processing of Registered Name Holder's Personal Data by the .info Registry Operator and its designees and agents;

    ii.  submit to proceedings commenced under ICANN's Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Sunrise Dispute Resolution Policy ("SDRP");

    iii.  immediately correct and update the registration information for the Registered Name during the registration term for the Registered Name; and

    iv.  acknowledge that the Registry Operator will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period or the Land Rush Period, including, without limitation: (a) the ability or inability of a registrant to obtain a Registered Name during these periods, and (b) the results of any dispute over a Sunrise Registration.

## 21. ADDITIONAL REQUIREMENTS FOR .BIZ REGISTRANTS
If You are registering a .BIZ domain name You also agree to:

**.BIZ Restrictions**

Registrations in the .BIZ TLD must be used or intended to be used primarily for bona fide business or commercial purposes. For purposes of the .BIZ Registration Restrictions ("Restrictions"), "bona fide business or commercial use" shall mean the bona fide use or bona fide intent to use the domain name or any content, software, materials, graphics or other information thereon, to permit Internet users to access one or more host computers through the DNS:

    A.  To exchange goods, services, or property of any kind;

    B.  In the ordinary course of trade or business; or

    C.  To facilitate (i) the exchange of goods, services, information, or property of

any kind; or, (ii) the ordinary course of trade or business. Registering a domain name solely for the purposes of (1) selling, trading or leasing the domain name for compensation, or (2) the unsolicited offering to sell, trade or lease the domain name for compensation shall not constitute a "bona fide business or commercial use" of that domain name.

**.BIZ Certification**

As a .BIZ domain name registrant, You hereby certify to the best of Your knowledge that:

A. The registered domain name will be used primarily for bona fide business or commercial purposes and not (i) exclusively for personal use; or (ii) solely for the purposes of (1) selling, trading or leasing the domain name for compensation, or (2) the unsolicited offering to sell, trade or lease the domain name for compensation. More information on the .BIZ restrictions, which are incorporated herein by reference, are available online.

B. The domain name registrant has the authority to enter into the registration agreement; and

C. The registered domain name is reasonably related to the registrant's business or intended commercial purpose at the time of registration.

**Domain Name Dispute Policy**

If You reserved or registered a .BIZ domain name through us, You agree to be bound by our current domain name dispute policy that is incorporated herein and made a part of this Agreement by reference. Please take the time to familiarize Yourself with that policy. In addition, You hereby acknowledge that You have read and understood and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement:

A. The Uniform Domain Name Dispute Policy;

B. The Start-up Trademark Opposition Policy ("STOP"); and

C. The Restrictions Dispute Resolution Criteria and Rules.

The STOP sets forth the terms and conditions in connection with a dispute between a registrant of a .BIZ domain name ("Registrant") with any third party (other than Registry Operator or Registrar) over the registration or use of a .BIZ domain name registered by Registrant that is subject to the Intellectual Property Claim Service. The Intellectual Property Claim Service a service introduced by Registry Operator to notify a trademark or service mark holder ("Claimant") that a second-level domain name has been registered in which that Claimant claims intellectual property rights. In accordance with the STOP and its associated Rules, those Claimants will have the right to challenge registrations through independent ICANN-accredited dispute resolution providers.

The UDRP sets forth the terms and conditions in connection with a dispute between a Registrant and any party other than the Registry Operator or Registrar over the registration and use of an Internet domain name registered by Registrant.

The RDRP sets forth the terms under which any allegation that a domain name is not used primarily for business or commercial purposes shall be enforced on a case-by-case, fact specific basis by an independent ICANN-accredited dispute provider. None of the violations of the Restrictions will be enforced directly by or through Registry Operator. Registry Operator

will not review, monitor, or otherwise verify that any particular domain name is being used primarily for business or commercial purposes or that a domain name is being used in compliance with the SUDRP or UDRP processes.

**Domain Name Dispute Policy Modifications**

You agree that we, in our sole discretion, may modify our dispute policy. We will post any such revised policy on our Web site at least thirty (30) calendar days before it becomes effective. You agree that, by maintaining the reservation or registration of Your domain name after modifications to the dispute policy become effective, You have agreed to these modifications. You acknowledge that if You do not agree to any such modification, You may terminate this Agreement. We will not refund any fees paid by You if You terminate Your Agreement with us.

**Domain Name Disputes**

You agree that, if Your use of our domain name registration services is challenged by a third party, You will be subject to the provisions specified in our dispute policy in effect at the time of the dispute. You agree that in the event a domain name dispute arises with any third party, You will indemnify and hold us harmless pursuant to the terms and conditions set forth below in this Agreement. If we are notified that a complaint has been filed with a judicial or administrative body regarding Your use of our domain name registration services, You agree not to make any changes to Your domain name record without our prior approval. We may not allow You to make changes to such domain name record until (i) we are directed to do so by the judicial or administrative body, or (ii) we receive notification by You and the other party contesting Your registration and use of our domain name registration services that the dispute has been settled. Furthermore, You agree that if You are subject to litigation regarding Your registration and use of our domain name registration services, we may deposit control of Your domain name record into the registry of the judicial body by supplying a party with a registrar certificate from us.

**Reservation of Rights**

Go Daddy and the .BIZ Registry Operator, NeuLevel, Inc. expressly reserve the right to deny, cancel or transfer any registration that it deems necessary, in its discretion, to protect the integrity and stability of the registry, to comply with any applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process, or to avoid any liability, civil or criminal, on the part of Go Daddy and/or NeuLevel, Inc., as well as their affiliates, subsidiaries, officers, directors and employees. Go Daddy and NeuLevel, Inc. also reserve the right to freeze a domain name during resolution of a dispute.

**Indemnification**

You agree to indemnify, defend and hold harmless the .BIZ Registry Operator, NeuLevel, Inc., and its directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Name holder's domain name registration. This indemnification requirement shall survive the termination or expiration of the registration agreement.

## 22. PROVISIONS SPECIFIC TO .US REGISTRATIONS

You agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein. These policies may prohibit You from changing, transferring, or assigning the name You have

Case 2:05-cv-04254-JAT   Document 2-1   Filed 12/30/05   Page 12 of 22

submitted as Registrant.

The Registrant certifies that it meets the following Nexus Requirements to qualify to register to use a .US domain name.

## A. Registrants must be either:

i. A natural person (i) who is a United States citizen, (ii) who is a permanent resident of the United States of America or any of its possessions or territories, or (ii) whose primary place of domicile is in the United States of America or any of its possessions, or;

ii. An entity or organization that is (i) incorporated within one of the fifty (50) U.S. states, the district of Columbia, or any of the United States possessions or territories or (ii) organized or otherwise constituted under the laws of a state of the United States of America, the District of Columbia or any of its possessions (including a federal, state, or local government of the United States, or a political subdivision thereof, and non-commercial organizations based in the United States), or;

iii. A foreign entity or organization that has a bona fide presence in the United States of America or any of its possession or territories that also (i) regularly engages in lawful activities (sales of goods or services or other business, commercial or non-commercial including not-for-profit activities) in the Unites States, or (ii) maintains an office or other property within the United States.

## B. The name servers listed for all .US domain names must be based within the United States of America or any of its possessions or territories.

Registrant further certifies that Go Daddy has requested specific information regarding how the Registrant meets the Nexus requirement and that Registrant has willingly volunteered such information. Registrant understands and agrees that such information will be verified and will be shared with the .US Registry.

Registrant understands and agrees that if such information cannot be verified, or if Registrant fails to continue to abide by the Nexus Requirements, the registered domain name shall be subject to immediate cancellation.

## Indemnification

You agree to indemnify and hold harmless the .US Registry Operator, NeuStar, and its directors, officers, employees, representatives, agents, affiliates, and stockholders from and against any and all claims, suits, actions, other proceedings, damages, liabilities, costs and expenses of any kind, including without limitation reasonable legal fees and expenses, arising out of or relating to the Registrant's (i) .US domain name registration and (ii) use of any .US registered domain name.

## .US Registration Restrictions

You understand and agree that when You register one of these domains, that You are prohibited from using any profanity in the domain name, pursuant to the .US policy available online . The definition of profanity can be found in the Supreme Court decision, FCC v. Pacifica Foundation, made famous by George Carlin.

Further, You acknowledge and agree that You are not permitted to purchase private or

proxy .US registrations. You shall register for any and all .US registrations using Your personal information, which information You represent and warrant is current, accurate and complete.

## 23. PROVISIONS SPECIFIC TO .NAME REGISTERED ITEMS
### Eligibility Requirements - Dispute Resolution

You represent and warrant that the name You are registering is Your legal, personal name, or that You own the intellectual property rights to that name. If at any time it is discovered that it is not Your legal personal name, or Your intellectual property, the .NAME Registry Operator, Global Name Registry (GNR) and Go Daddy reserve the right to cancel Your registration without refund, or transfer it to another party. In addition to the above You agree to be bound by the provisions of the entire Eligibility Requirements Dispute Resolution Policy.

### Consent - Defensive Registration

A Defensive Registration is a registration designed for the protection of trademarks and service marks and may be granted to prevent a third party from registering a variation of a trademark or the exact trademark. If the name You wish to register is subject to a Defensive Registration, You have three options: (i) You may register a variation of the name, (ii) You may challenge the Defensive Registration under the Eligibility Requirements Dispute Resolution Policy ("ERDRP"), or (iii) You may request Consent from the Defensive Registrant. You can request Consent by contacting the Defensive Registrant listed in the GNR whois database and requesting consent to register the .name domain. If the Defensive Registrant grants consent, they must confirm in writing that they grant consent. If the Defensive Registrant does not grant consent, you may wish to challenge the Defensive Registration under the ERDRP. The policy is available online .

### Acceptable Use Policy

You agree to be bound by GNR's Acceptable Use Policy . Among other limitations, this policy prohibits You from using your .name Email to engage in Spamming activities. You will be limited to a maximum of 500 messages sent from Your .name at a time.

### Waiver of Liability

You agree that GNR and Go Daddy will have no liability of any kind for any loss or liability resulting from (i) the processing of registration requests prior to live SRS launch, including, without limitation, the ability or inability to obtain a domain name or email address registration using these processes; or (ii) any dispute over any domain name or email address registration, including the decision of any dispute resolution proceeding related to any of the foregoing.

### Indemnification

You agree to indemnify, defend and hold harmless GNR, and its directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Item Holder's registration. You agree that this indemnification obligation shall survive the termination or expiration of this Registration Agreement.

## 24. PROVISIONS SPECIFIC TO ONE-YEAR .BIZ, .INFO, AND .US REGISTRATIONS

If You are registering a .INFO or .BIZ or .US domain name and You elect to take advantage of special pricing applicable to one-year registrations, Go Daddy will automatically renew Your domain for an additional one-year period at the end of the first year term by taking payment from the Payment Method you have on file, unless You notify Go Daddy that You do not wish to renew. You will be notified and given the opportunity to accept or decline the one-year renewal prior to Your domain name expiration date. In the event You decide not to renew Your one-year .info or .biz or .us domain name for a second year, Your domain name registration will automatically revert back to Go Daddy and Go Daddy will gain full rights of registration to such domain name.

You agree that if You delete or Transfer Your .INFO or .BIZ or .US domain name during the first year, You will automatically be charged the second year renewal fees.

## 25. OTHER COUNTRY CODE TOP LEVEL DOMAINS

You represent and warrant that You meet the eligibility requirements of each country code top level domain ("ccTLD") You apply for. You further agree to be bound by any registry rules, policies, and agreements for that particular ccTLD. These may include, but are not limited to, agreeing to indemnify the ccTLD provider, limiting the liability of the ccTLD provider, and requirements that any disputes be resolved under that particular country's laws.

## 26. PROVISIONS SPECIFIC TO .AT REGISTRATIONS

You understand and agree that in order to register these domains, a pre-registration DNS validation check is required by the Registry.

## 27. PROVISIONS SPECIFIC TO .BE REGISTRATIONS.

You understand and agree that in order to register these domains, a pre-registration DNS validation check is required by the Registry.

## 28. PROVISIONS SPECIFIC TO .CO.NZ, .NET.NZ, AND .ORG.NZ REGISTRATIONS.

You understand and agree that in order to register these domains, a pre-registration DNS validation check is required by the Registry.

## 30. ADDITIONAL REQUIREMENTS FOR .UK ( .ORG.UK , .ME.UK, .CO.UK ) REGISTRATIONS

You understand and agree that when You register one of these domains, that the minimum term is two years.

## 31. PROVISIONS SPECIFIC TO .BE REGISTRANTS

You agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein.

## 32. PROVISIONS SPECIFIC TO .DE REGISTRANTS

You represent and warrant that You meet the eligibility requirements of this ccTLD. You further agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein.

**.DE Registration Restrictions**

You represent and warrant that You or Your administrative contact has a German address, which cannot be a P.O. Box. You may not use the names of other top-level domains (e.g.

.ARPA, .COM, .EDU, .GOV, .INT, .NET, .NATO, .MIL, .ORG and all country-related TLDs) or German automobile identification numbers as domain names.

## 33. .JP REGISTRATION RESTRICTIONS

You represent and warrant that You have a local presence in Japan with a home or office address. You agree that certain domains are reserved and can only be registered by certain parties. These include:

    i.   TLDs, other than ccTLDs, as determined by ICANN;

    ii.   Geographical-type .JP domain names that are defined as metropolitan, prefectural, and municipal labels;

    iii.   Names of primary and secondary educational organizations

    iv.   Names of organizations related to Internet management;

    v.   Names required for .JP domain name operations; and

    vi.   Character strings which may be confused with ASCII-converted Japanese domain names.

The complete list of .JP Reserved Domains is available online .

### Additional Requirements for .JP Registrants

You agree to be bound by any registry rules, policies, and agreements for this ccTLD, which are incorporated herein. You must choose from the following list of Japanese Prefecture codes and submit this information with Your order. Prefecture codes are defined as follows:

01 HOKKAIDO
13 SAITAMA
25 OSKA
37 TOKUSHIMA

02 AOMORI
14 IBARAKI
26 WAKAYAMA
38 EHIME

03 IWATE
15 TOCHIGI
27 HYOGO
39 KOCHI

04 AKITA
16 GUNMA
28 TOYAMA
40 FUKUOKA

05 YAMAGATA
17 YAMANASHI
29 FUKUI
41 SAGA

06 MIYAGI

18 SHIZUOKA
30 ISHIKAWA
42 NAGASAKI

07 FUKUSHIMA
19 GIFO
31 OKAYAMA
43 KUMAMOTO

08 NIIGATA
20 AICHI
32 SHIMANE
44 OITA

09 NAGANO
21 MIE
33 YAMAGUCHI
45 MIYAZAKI

10 TOKYO
22 KYOTO
34 TOTTORI
46 KAGOSHIMA

11 KANAGAWA
23 SHIGA
35 HIROSHIMA
47 OKINAWA

12 CHIBA
24 NARA
36 KAGAWA

## 34. PROVISIONS SPECIFIC TO .NZ REGISTRANTS (.CO.NZ, .ORG.NZ, .NET.NZ)

You represent and warrant that You meet the eligibility requirements of this ccTLD. You further agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein.

If you are registering a Second Level Domain under this ccTLD, You further agree to be bound by the Second Level Domain's rules, policies, and agreements, which are incorporated and made a part of this Agreement herein.

### .NZ Registration Restrictions (.CO.NZ, .ORG.NZ, NET.NZ)

You represent and warrant that You are an identifiable individual over 18 years of age or a properly constituted organization.

## 35. PROVISIONS SPECIFIC TO .AT REGISTRANTS

You represent and warrant that You meet the eligibility requirements of this ccTLD. You further agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein.

## 36. PROVISIONS SPECIFIC TO .UK REGISTRANTS (.ORG.UK, .ME.UK, .CO.UK)

You represent and warrant that You meet the eligibility requirements of this ccTLD. You further agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and the rules are available online , and are incorporated herein.

If you are registering a Second Level Domain under this ccTLD, You further agree to be bound by the Second Level Domain's rules, policies, and agreements, which are incorporated and made a part of this Agreement herein.

## 37. PROVISIONS SPECIFIC TO .CC REGISTRANTS

You represent and warrant that You meet the eligibility requirements of this ccTLD. You further agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein.

## 38. PROVISIONS SPECIFIC TO .TV REGISTRANTS

You represent and warrant that You meet the eligibility requirements of this ccTLD. You further agree to be bound by any registry rules, policies, and agreements for this ccTLD. The registration guidelines for this ccTLD are available online and are incorporated herein.

**.TV Registration Restrictions**

If You are registering a multi-lingual .TV domain name, You are aware of and agree that the domain name must be less than 16 characters in length. The FAQ on multi-lingual .TV domain names is available online .

## 40. ADDITIONAL REQUIREMENTS FOR .CN REGISTRANTS

If You are registering a .CN domain name You also agree to:

**Limitations on Registration**

You may not register or use a domain name that is deemed by China Internet Network Information Center ("CNNIC") to:

    i.   Be against the basic principles prescribed in the Constitution of the Peoples Republic of China ("PRC");

    ii.   Jeopardize national security, leak state secrets, intend to overturn the government, or disrupt the state of integrity of the PRC;

    iii.   Harm national honor and national interests of the PRC

    iv.   Instigate hostility or discrimination between different nationalities, or disrupt the national solidarity of the PRC;

    v.   Violate the PRC's religion policies or propagate cult and feudal superstition;

    vi.   Spread rumors, disturb public order or disrupt social stability of the PRC;

    vii.   Spread pornography, obscenity, gambling, violence, homicide, terror or instigate crimes in the PRC;

    viii.   Insult, libel against others and infringe other people's legal rights and interests in the PRC; or

    ix.   Take any other action prohibited in laws, rules and administrative regulations of the PRC.

x.

**Restrictions on Transfer of cnTLD Domain Names**

You understand that you may not transfer to or from a domain registrar that is headquartered or controlled by an entity located inside China .

**Jurisdiction**

For the adjudication of disputes concerning or arising from use of the registered .cn Domain Name, You agree to submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts of (1) your domicile state, (2) Arizona , and (3) the People's Republic of China .

**Suspension of Service:**

You agree that Your registration of the .cnTLD domain name shall be subject to suspension, cancellation, or transfer pursuant to any NeuLevel or CNNIC adopted specification or policy.

Compliance with CNNIC Dispute Resolution Policy

You agree to obey, comply with and be bo u nd by the CNN Dispute Resolution Policy and any and all updates, revisions and modifications, which may be made by CNNIC from time to time. The CNNIC Dispute Resolution Policy may be currently accessed here.

**Right to Accept Notice**

You give Go Daddy the right to accept written complaints from third parties against false and/or inaccurate Whois data and You agree to follow any procedural regulation that may exist between the .CN registry operator, currently NeuLevel Inc. and Go Daddy .

**Indemnification**

You agree to indemnify, defend and hold harmless the .CN Registry Operator, NeuLevel, Inc., and its directors, officers, employees, agents, and affiliates from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses arising out of or relating to the Registered Name holder's domain name registration. This indemnification requirement shall survive the termination or expiration of the registration agreement.

**.CN Registration Restrictions**

You acknowledge and agree that You are not permitted to purchase private or proxy .CN registrations. You shall register for any and all .CN registrations using Your personal information, which information You represent and warrant is current, accurate and complete.

## 41. ADDITIONAL REQUIREMENTS FOR .JOB REGISTRANTS

If You are registering a .JOB domain name You also:

i.   Agree to provide information regarding membership in a Human Resource Association, and the identity of any such association;

ii.  Agree to provide the URL of Your existing company website;

iii.   Acknowledge that you have read, understood and agree to be bound by the .Job's Registry-Registrant agreement as amended from time to time, located here;

iv.   Warrant that you meet the eligibility requirements as provided by the Registry and as modified from time to time, and to abide by the JOBS Usage Policy and Terms and Conditions as amended from time to time and stated here;

v.   Agree to abide by the SHRM code of professional ethics as stated here;

vi.   Agree to indemnify, defend and hold harmless the Registry Operator and its subcontractors, shreholders, directores, officers, employees, affiliates and agents of each of them from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fes and expenses, arising out of or relating to Your domain name registration. This indemnification obligation shall survive the termination or expiration of this Agreement; and

vii.   Further acknowledge and agree that the Registry Operator is an intended third party beneficiary of this Agreement, with a right to enforce the terms and provisions contained herein.

Revised: 7/16/05
Copyright © 2000-2005 Go Daddy Software, Inc. All Rights Reserved.

**EXHIBIT 2**

C L O S E   W I N D O W

## GO DADDY
## SPAM POLICY

Go Daddy Software, Inc. does not tolerate the transmission of spam. We monitor all traffic to and from our Web servers for indications of spamming and maintain a spam abuse compliant center to register allegations of spam abuse. Customers suspected to be using Go Daddy products and services for the purpose of sending spam are fully investigated. Once Go Daddy determines there is a problem with spam, Go Daddy will take the appropriate action to resolve the situation. Our spam abuse compliant center can be reached by email at abuse@godaddy.com.

### HOW WE DEFINE SPAM

We define spam as the sending of Unsolicited Commercial Email (UCE), Unsolicited Bulk Email (UBE) or Unsolicited Facsimilies (Fax), which is email or facsmilie sent to recipients as an advertisement or otherwise, without first obtaining prior confirmed consent to receive these communications from the sender. This can include, but is not limited to, the following:

   i.   Email Messages
   ii.  Newsgroup postings
   iii. Windows system messages
   iv.  Pop-up messages (aka "adware" or "spyware" messages)
   v.   Instant messages (using AOL, MSN, Yahoo or other instant messenger programs)
   vi.  Online chat room advertisements
   vii. Guestbook or Website Forum postings [IIi] Facsimilie Solicitaions

### WHAT WE ALLOW AND DON'T ALLOW

We will not allow our servers and services to be used for the purposes described above. In order to use our products and services, you must not only abide by all applicable laws and regulations, which include the Can-Spam Act of 2003 and the Telephone Consumer Protection Act, but you must also abide by Go Daddy 's no spam policies. Commercial advertising and/or bulk emails or faxes may only be sent to recipients who have already "opted-in" to receive messages from the sender specifically. They must include a legitimate return address and reply-to address, the sender's physical address, and an opt-out method in the footer of the email or fax. Upon request by Go Daddy , conclusive proof of opt-in may be required for an email address or fax number.

### WHAT WE DO

If Go Daddy determines that the services in question are being used in association with spam, Go Daddy will re-direct, suspend, or cancel any web site hosting, domain registration, email boxes or other applicable services for a period of no less than 2 days. The registrant or customer will be required to respond by email to Go Daddy stating that they will cease to send spam and/or have spam sent on their behalf. Go Daddy will require a non-refundable reactivation fee to be paid before the site, email boxes and/or services are reactivated. In the event that Go Daddy determines the abuse has not stopped after services have been restored the first time, Go Daddy may terminate the hosting and email boxes associated with domain name in question. To Report Spam Abuse: We encourage all customers and recipients of email generated from our products and services to report suspected spam. Suspected abuse can be reported by email or through our Spam Abuse Compliant Center on the Web.

Web: https://www.godaddy.com/gdshop/spamreport/spamreport.asp
Email: abuse@godaddy.com

**Go Daddy is committed to making the Internet a safer place**

In furtherance of this commitment, we have joined forces with the Anti-Phishing Working Group (APWG). APWG is an industry association dedicated to the elimination of the identity theft and fraud associated with phishing and email spoofing. APWG currently has more than 600 members consisting of law enforcement, financial institutions and technology vendors. APWG focuses on education of the consumer and development of industry and legal solutions to the growing problem of phishing and email spoofing. We are proud to join this group and hope that together, we can end the threat that phishing and email spoofing poses.

Revised: 9/02/2004
Copyright © 2004 Go Daddy Software, Inc. All Rights Reserved.