**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Jeffrey H. Wolf, SBN 011361, wolfj@gtlaw.com
Aaron C. Schepler, SBN 019985, scheplera@gtlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Entertainment Networks, Ltd., | CV 05-4254-PHX-JAT |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES** |
| GoDaddy.com, Inc., et al. | **(Second Request)** |
| Defendants. | |

Plaintiff Entertainment Networks, Ltd. ("ENL") and defendant GoDaddy.com, Inc. ("Go Daddy") hereby jointly move the Court for a second extension of the expert disclosure dates. As the Court may recall, on February 7, 2007, the parties filed their first joint motion to extend the deadlines. The Court granted the motion in an order dated February 9, 2007.

Since that time, the parties have realized that the deadlines they requested on February 7 were a bit too optimistic. The Spamhaus Project, an entity based in the United Kingdom, has still not yet been served with the summons and complaint. In addition, ENL has agreed to serve its responses to Go Daddy's discovery requests by March 16, 2007, slightly later than the parties had originally anticipated. Based on these

PHX 327772457v1

circumstances, the parties believe that a further extension of the expert disclosure deadlines is necessary.

Therefore, the parties jointly request the Court to allow ENL to disclose its experts and expert reports no later than April 17, 2007, and to allow Go Daddy to disclose its experts and expert reports no later than May 18, 2007. Since the discovery cutoff deadline is August 31, 2007, the requested extension will not require the Court to extend the discovery period.

RESPECTFULLY SUBMITTED this 1st day of March, 2007.

GREENBERG TAURIG, LLP

By: /s/ Aaron C. Schepler
Jeffrey H. Wolf
Aaron C. Schepler
*Attorneys for Plaintiff*

MARISCAL, WEEKS, McINTYRE
& FRIEDLANDER, P.A.

By: /s/ Kelly W. Lewis
2901 N. Central Ave., Ste. 200
Phoenix, AZ 85012-2705
Timothy J. Thomason, SBN 009869
Kelly W. Lewis, SBN 015479
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on March 1, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy J. Thomason, Tim.Thomason@mwmf.com
Kelly W. Lewis, Kelly.Lewis@mwmf.com
Attorneys for Defendant

☐ I hereby certify that on _____, I served the attached document by [insert method of service] on the following, who are not registered participants of the CM/ECF System:


/s/    *Marie E. Sanchez*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000