# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Entertainment Networks, Ltd., a foreign corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>The Go Daddy Group, Inc., an Arizona corporation,<br><br>                              Defendant. | NO. CV 05-4254-JAT-PHX<br><br>**ORDER TO DISMISS** |

The Court, having received the parties' Stipulation to Dismiss (Doc. #55), and good cause appearing,

IT IS HEREBY ORDERED that plaintiff's Complaint is dismissed, with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated this 23rd day of October, 2007.

James A. Teilborg
United States District Judge